# U.S. District Court
# District of New Jersey [LIVE] (Newark)
# CIVIL DOCKET FOR CASE #: 2:23−cv−02675−MCA−LDW

ECR4KIDS, L.P. v. DBEST PRODUCTS, INC.  
Assigned to: Judge Madeline Cox Arleo  
Referred to: Magistrate Judge Leda D. Wettre  
Cause: 15:1126 Patent Infringement

Date Filed: 05/17/2023  
Date Terminated: 05/23/2024  
Jury Demand: None  
Nature of Suit: 830 Patent  
Jurisdiction: Federal Question

**Plaintiff**

**ECR4KIDS, L.P.**      represented by    **Anthony J DiMarino , III**  
DIMARINO LEHRER & COLLAZO  
52 HADDONFIELD ROAD  
SUITE 1000  
CHERRY HILL, NJ 08034  
856−888−1200  
Email: ajd@dimarinolaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**NORMAN ELLIOT LEHRER**  
SUITE 1000  
52 BERLIN ROAD  
CHERRY HILL, NJ 08034  
(856) 429−4100  
Email: patents@pobox.com  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**DBEST PRODUCTS, INC.**      represented by    **LISA A. FREY**  
MERTZEL LAW PLLC  
1204 BROADWAY, FL 4  
NEW YORK, NY 10001  
646−965−6900  
Email: freylisa@yahoo.com  
*ATTORNEY TO BE NOTICED*

**NANCY J MERTZEL**  
Mertzel Law PLLC  
25 Pompton Avenue, Suite 101  
Verona, NJ 07044  
646−965−6900  
Email: nancy@mertzel−law.com  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|

| | | |
|---|---|---|
| 05/17/2023 | 1 | COMPLAINT against dBest products, Inc. ( Filing and Admin fee $ 402 receipt number ANJDC−14323806), filed by ECR4Kids, L.P.. (Attachments: # 1 Civil Cover Sheet)(LEHRER, NORMAN) (Entered: 05/17/2023) |
| 05/18/2023 |  | Magistrate Judge Leda D. Wettre added. (ps) (Entered: 05/18/2023) |
| 05/18/2023 | 2 | TEXT ORDER REASSIGNING CASE. Case reassigned to Judge Madeline Cox Arleo for all further proceedings. Judge Julien Xavier Neals no longer assigned to case. So Ordered by Chief Judge Renee Marie Bumb on 5/18/2023. (ps) (Entered: 05/18/2023) |
| 05/19/2023 | 3 | AO120 Patent Form filed. (Attachments: # 1 Complaint) (lag, ) (Entered: 05/19/2023) |
| 07/17/2023 | 4 | FIRST AMENDED COMPLAINT by ECR4Kids, L.P.. . (LEHRER, NORMAN) Modified on 7/18/2023 (lag, ). (Entered: 07/17/2023) |
| 07/28/2023 | 5 | Letter. (LEHRER, NORMAN) (Entered: 07/28/2023) |
| 07/28/2023 | 6 | SUMMONS ISSUED as to DBEST PRODUCTS, INC.. Attached is the official court Summons, please fill out Defendant and Plaintiffs attorney information and serve. (lag, ) (Entered: 07/28/2023) |
| 08/22/2023 | 7 | SUMMONS Returned Executed by ECR4KIDS, L.P.. DBEST PRODUCTS, INC. served on 8/7/2023, answer due 8/28/2023. (LEHRER, NORMAN) (Entered: 08/22/2023) |
| 08/28/2023 | 8 | MOTION for Extension of Time to File Answer by DBEST PRODUCTS, INC.. (FREY, LISA) (Entered: 08/28/2023) |
| 08/29/2023 |  | CLERK'S QUALITY CONTROL MESSAGE – Please be advised that the 8 6.1 Application filed by LISA FREY on 8/28/2023 was submitted incorrectly as a motion. The motion is hereby terminated, and the 6.1 Application will be considered – such as it is – by the court. Additionally, this submission will remain on the docket unless otherwise ordered by the court. This message is for informational purposes only. (lag, ) (Entered: 08/29/2023) |
| 08/29/2023 |  | Clerk`s Text Order – The document 8 6.1 Application submitted by DBEST PRODUCTS, INC. has been GRANTED. The answer due date has been set for 9/11/2023. (lag, ) (Entered: 08/29/2023) |
| 09/07/2023 | 9 | NOTICE of Appearance by Anthony J DiMarino, III on behalf of ECR4KIDS, L.P. (DiMarino, Anthony) (Entered: 09/07/2023) |
| 09/11/2023 | 10 | Letter from Lisa A Frey. (FREY, LISA) (Entered: 09/11/2023) |
| 09/12/2023 | 11 | LETTER ORDER granting a 30−day extension of time to answer amended complaint through 10/11/2023. Signed by Magistrate Judge Leda D. Wettre on 9/12/2023. (lag, ) (Entered: 09/13/2023) |
| 10/11/2023 | 12 | Letter from Lisa A Frey. (FREY, LISA) (Entered: 10/11/2023) |
| 10/12/2023 | 13 | LETTER ORDER granting a 14−day extension of time to answer amended complaint to and including 10/25/2023. Signed by Magistrate Judge Leda D. Wettre on 10/12/2023. (ld, ) (Entered: 10/13/2023) |
| 10/25/2023 | 14 | MOTION to Dismiss by All Defendants. Responses due by 11/6/2023. (Attachments: # 1 Brief, # 2 Declaration of Ehab Samuel, # 3 Exhibit A, # 4 Text of Proposed Order)(FREY, LISA) (Entered: 10/25/2023) |
| 10/26/2023 |  | Set Deadlines as to 14 MOTION to Dismiss . Motion set for 11/20/2023 before Judge Madeline Cox Arleo. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (lag, ) (Entered: 10/26/2023) |

| | | |
|---|---|---|
| 11/03/2023 | 15 | Rule 7.1(d)(5) Letter for an automatic extension of the return date of a dispositive motion re 14 MOTION to Dismiss . (DiMarino, Anthony) (Entered: 11/03/2023) |
| 11/13/2023 | | Reset Deadlines as to 14 MOTION to Dismiss . Motion set for 12/4/2023 before Judge Madeline Cox Arleo. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (lag, ) (Entered: 11/13/2023) |
| 11/20/2023 | 16 | RESPONSE in Opposition filed by ECR4KIDS, L.P. re 14 MOTION to Dismiss *and Cross−Motion to Transfer to the Central District of California* (Attachments: # 1 Brief, # 2 Declaration of Anthony DiMarino, # 3 Declaration of Jeffrey Lynn, # 4 Text of Proposed Order)(DiMarino, Anthony) (Entered: 11/20/2023) |
| 11/22/2023 | 17 | Letter from Lisa Frey re adjourn return date of motion to dismiss and cross−motion to transfer re 16 Response in Opposition to Motion, 14 MOTION to Dismiss . (FREY, LISA) (Entered: 11/22/2023) |
| 11/27/2023 | 18 | LETTER ORDER adjourning motion return date through 12/18/2023 in re 14 MOTION to Dismiss. Signed by Judge Madeline Cox Arleo on 11/27/2023. (lag, ) (Entered: 11/27/2023) |
| 12/10/2023 | 19 | MOTION for Leave to Appear Pro Hac Vice *for Ehab M Samuel* by DBEST PRODUCTS, INC.. (Attachments: # 1 Certification of Ehab Samuel in Support, # 2 Text of Proposed Order on Consent)(FREY, LISA) (Entered: 12/10/2023) |
| 12/11/2023 | 20 | CONSENT ORDER granting 19 Motion for Leave to Appear Pro Hac Vice as to Ehab M Samuel. Signed by Magistrate Judge Leda D. Wettre on 12/11/2023. (lag, ) (Entered: 12/11/2023) |
| 12/11/2023 | 21 | REPLY to Response to Motion filed by DBEST PRODUCTS, INC. re 14 MOTION to Dismiss (Attachments: # 1 Declaration of Ehab Samuel in Support of Motion to Dismiss and Opposition to Cross−Motion to Transfer)(FREY, LISA) (Entered: 12/11/2023) |
| 01/05/2024 | 22 | Letter from Anthony J. DiMarino. (Attachments: # 1 Proposed Brief)(DiMarino, Anthony) (Entered: 01/05/2024) |
| 01/09/2024 | 23 | Letter re 22 Letter. (Attachments: # 1 Proposed brief in response)(FREY, LISA) (Entered: 01/09/2024) |
| 01/09/2024 | | Pro Hac Vice fee for EHAB M. SAMUEL: $ 150, receipt number NEW49531 (jr) (Entered: 01/11/2024) |
| 03/14/2024 | 24 | NOTICE of Appearance by NANCY J MERTZEL on behalf of All Defendants (MERTZEL, NANCY) (Entered: 03/14/2024) |
| 05/23/2024 | 25 | ORDER denying without prejudice 14 Motion to dismiss; granting 16 cross−motion to transfer; transferring this action to the United States District Court for the Central District of California. ***CIVIL CASE TERMINATED. Signed by Judge Madeline Cox Arleo on 5/23/2024. (lag, ) (Entered: 05/24/2024) |