# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ECR4KIDS, L.P.<br><br>PLAINTIFF(S),<br><br>v.<br><br>DBEST PRODUCTS, INC.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:24–cv–4523 CAS (AJR)<br><br>**NOTICE OF RECEIPT OF CASE TRANSFERRED IN**<br><br>FORMERLY CASE NUMBER:<br>  2:23–cv–2675 MCA–LDW  <br><br>FROM:<br>  District of New Jersey (Newark)   |

TO: **CLERK, U.S. DISTRICT COURT,**
AND TO: **ALL COUNSEL OF RECORD**

The above-referenced case has been transferred to this district and assigned the above civil case number. The initials after the number indicate the case is assigned to Judge   Christina A. Snyder  . The Initials are part of the case number and should be included on all correspondence and documents filed with this court.

Please make sure that you are familiar and in compliance with the Local Rules of this District Court. Enclosed is our form ***G-64, Application of Non-Resident Attorney***, which must be completed and returned as soon as possible in order that you be allowed to participate in this action. The fee for this application is $500.00 per non-resident attorney seeking to appear on this case. Please remit the fee by business check or money order payable to "Clerk, U.S. District Court" when submitting your application.

Local Rule 83-2.4 requires that any attorney who has been authorized to appear in a case in this Court, and who changes his or her name, office address (or residence address if no office is maintained), law firm association, telephone number, facsimile number or e-mail address, shall, within five (5) days of change, notify the Clerk of Court. If any actions are currently pending, the attorney shall file and serve a copy of the notice upon all opposing parties.

Please be advised that all documents filed in this District Court must be filed in original and one copy with both being blue-backed.

You are further advised that it is the responsibility of counsel to familiarize themselves with and adhere to ***ALL*** the Local Rules of the Central District of California.

Complete copies of our Local Rules are available on the Court's website at www.cacd.uscourts.gov or may be purchased from the **LOS ANGELES DAILY JOURNAL**, 915 E. First Street, Los Angeles, CA 90012, (213) 229-5300, or from the **METROPOLITAN NEWS**, 210 S. Spring Street, Los Angeles, CA 90012, (213) 628-4384. Please contact them directly as to their charge for this service.

Clerk, U.S. District Court

  June 4, 2024  
Date

By  /s/ *Geneva Hunt*  
Deputy Clerk