JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ECR4KIDS, L.P., | Case No. 2:24-cv-04523-MCS-AJR |
| Plaintiff, | |
| vs. | **JUDGMENT** |
| DBEST PRODUCTS, INC., | |
| Defendant. | |

Pursuant to this Court's Order on Defendant's Motion to Dismiss,

IT IS ADJUDGED that Plaintiff ECR4Kids, L.P.'s first three claims are dismissed without prejudice for lack of jurisdiction. The Court declines supplemental jurisdiction over Plaintiff's fourth claim and dismisses it without prejudice. Plaintiff shall take nothing from this action.

**IT IS SO ORDERED.**

Dated: September 10, 2024

*/s/ Mark C. Scarsi*

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE